UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARTHA PROSPERO,<br><br>*Plaintiff*,<br>v.<br><br>AT&T Corp.,<br><br>*Defendant*. | § § § § § § § § § | EP-20-CV-00274-DCG |

## ORDER DISMISSING CASE

In view of the parties' "Stipulation for Dismissal with Prejudice" (ECF No. 12) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff in this action against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

So ORDERED and SIGNED this __26th__ day of July 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE